IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Opollo Rey Johnson | ) | CASE NO. CR402-00245-001 |

## ORDER

On March 31, 2008, the Honorable John F. Nangle denied Defendant's Motion to Modify Imposed Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2). On September 17, 2008, Defendant filed a Notice of Supplemental Authority which asks the Court to reconsider the Order which denied his aforementioned Motion.

The Court has carefully considered Defendant's Motion and notes the Honorable John F. Nangle, when departing below the guideline range at the time of sentencing based on the Court's conclusion that Defendant's criminal history category significantly over-represented the seriousness of Defendant's criminal history, did not apply the offense level that would have been applied absent a career offender designation. There is no indication that the Court based Defendant's sentence on the guideline range (140 to 175 months) that would have applied absent the career offender designation. Because U.S.S.G. § 2D1.1 did not govern Defendant's sentence, the Court concludes that relief pursuant to 18 U.S.C. § 3582(c) is not permitted. As such, Defendant's Motion is **DENIED**.

**SO ORDERED**, this 22nd day of September, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA