IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR402-245
)
OPOLLO REY JOHNSON, )
)
Defendant. )
)

## O R D E R

Before the Court is Defendant Opollo Rey Johnson's Motion for Waiver of Federal Loan Ineligibility. (Doc. 109.) In the Motion, Defendant requests that the Court reinstate his eligibility for federal benefits. The Government opposes Defendant's Motion. (Docs. 113, 115.) After careful consideration of all filings with respect to this matter (Docs. 109, 110, 113, 114, 115, 116), Defendant's Motion is **DENIED**.

SO ORDERED this 3rd day of December, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA