IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR402-245
)
OPOLLO REY JOHNSON, )
)
Defendant. )

## ORDER

Before the Court is Defendant's Motion to Stay Consideration of Petition for Writ of Error Coram Nobis. (Doc. 159.) On November 16, 2012, Defendant simultaneously filed both a Motion for Reinstatement of Eligibility to Receive Federal Benefits (Doc. 157) and Motion for Writ of Error Coram Nobis (Doc. 158). Both the Government and Defendant agree that should this Court grant Defendant's Motion for Reinstatement, then the Motion for Writ of Error Coram Nobis would be moot. (Doc. 159 at 1.) As a result, both parties agree that consideration of the Motion for Writ of Error Coram Nobis should be stayed pending this Court's determination concerning the Motion for Reinstatement.

After careful consideration, Defendant's Motion is **GRANTED**. As requested, the Government shall have thirty days from the date of this order to respond to Defendant's

Motion for Reinstatement, with Defendant having fifteen days to file any reply. Should this Court deny Defendant's Motion for Reinstatement, the Government shall then have thirty days from the date of denial to file its response to Defendant's Motion for Writ of Error Coram Nobis, with Defendant having fifteen days to file any reply.

SO ORDERED this 28th day of November 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA